

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
VIRGINIA PINNA,                 :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :   08 Civ. 3860 (GBD)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 1, 2008 to and including September 2, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       June  , 2008

*[signature]*
JOSEPH P. KIRLEY, ESQ.
Attorney for Plaintiff
149 Grand Street
White Plains, New York 10601
Telephone No: (914)428-4709

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:   JUN 1 0 2008

*[signature]*
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS