

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
VIRGINIA PINNA,                 :
                                :
                Plaintiff,      :
                                :
        - v. -                  :
                                :       STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :       08 Civ. 3860 (GBD)
Commissioner of                 :
Social Security,                :
                                :
                Defendant.      :
                                :
- - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from September 2, 2008

to and including October 2, 2008.  This extension is requested

to allow the Social Security Administration sufficient time to

evaluate its litigation position in this case.   One previous

extension has been granted in this case.

Dated: New York, New York
      August 11, 2008

                              JOSEPH P. KIRLEY, ESQ.
                              Attorney for Plaintiff
                              149 Grand Street
                              White Plains, New York   10601
                              Telephone No: (914)428-4709

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

By: _____
                              SUSAN D. BAIRD
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York   10007
                              Telephone No.: (212) 637-2713
                              Susan.Baird@usdoj.gov

SO ORDERED:    SEP 0 5 2008

_____
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS